UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DENTAL CARE LEASING, LLC and ) <br> STEPHANIE G. HACKNEY, DDS II, PLLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KARL E. MILLER, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 7:19-CV-46-BO |

**Decision by Court.**
This cause comes before the Court on plaintiffs' motion to voluntarily dismiss this action without prejudice pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motion [DE 70] is GRANTED and this action is DISMISSED WITHOUT PREJUDICE. Defendant's motion to continue the in-person mediation [DE 71] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on October 29, 2020, and served on:**
Beth Stanfield (via CM/ECF Notice of Electronic Filing)
Andrew Jones (via CM/ECF Notice of Electronic Filing)
Karl W. Miller (via US Mail to 388 NW Emilia Way, Jensen Beach, FL 34957)

October 29, 2020

PETER A. MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk